IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TYRONE HADLEY,**

    Plaintiff,

    v.

**CITY OF BEAVERTON and
CHRISTOPHER FREEMAN,**

    Defendant.

No. CV 09-22-MO

VERDICT

We, the jury, being first duly empaneled and sworn in the above entitled cause, do find as follows:

1. Did Officer Christopher Freeman violate Tyrone Hadley's Fourth Amendment rights by arresting him without probable cause?

    ANSWER: _____ YES __X__ NO

If your answer to Question No. 1 is "no," do not answer any further questions. Your presiding juror should sign this verdict form.

1

If you answered "yes" to Question No. 1, proceed to Question No. 2.

   2. Did Tyrone Hadley consent to the search of his pockets?

      ANSWER: _____ YES _____ NO

If your answer to Question No. 2 is "yes," do not calculate any damages based on the search.

   3. What are Tyrone Hadley's damages?

      $_____ Noneconomic

      $_____ Economic

If you did not award Tyrone Hadley damages, but you answered "yes" to Questions No. 1 or 2, then you must award him nominal damages. Please enter an amount up to $1.00 in the space provided below.

      $_____ Nominal Damages

Please have your foreperson sign and date this Verdict Form.

DATED this __17__ day of February, 2011.

                                                        _____
                                                         Foreperson